UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSSMAN SALES COMPANY, INC.,<br><br>                Plaintiff,<br><br>               -v.-<br><br>VWR INTERNATIONAL, LLC,<br><br>                Defendant. | 20 Civ. 2869 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    On July 31, 2020, Plaintiff erroneously filed an opposition brief at docket entry 23. The Clerk of Court is directed to strike the entry at docket entry 23 and its associated PDF file.

  SO ORDERED.

Date: August 3, 2020
       New York, New York

                                         KATHERINE POLK FAILLA
                                         United States District Judge