```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSSMAN SALES COMPANY, INC.,

        Plaintiff,

-against-

VWR INTERNATIONAL, LLC,

        Defendant.

20-CV-2869 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court will conduct a discovery conference in accordance with Local Civil Rule 37.2 on **October 16, 2025, at 11:30 a.m**., in tandem with the status conference previously scheduled for that date and time. The parties should be prepared to argue all of the issues raised in defendant's letter-motion at Dkt. 112, plaintiff's responding letter at Dkt. 114, and defendant's reply letter at Dkt. 116. The Court directs defendant to bring to the conference, in hard copy: (a) an exemplar page (or two) of plaintiff's privilege log, highlighted to show the entries that defendant believes to be inadequate, and (b) the potentially privileged documents to which those entries relate. The Court directs plaintiff to bring to the conference, in hard copy, the "several documents quantifying [its] damages which Plaintiff has agreed could be used as documents produced in this case." (Dkt. 114 at 1.) It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, when possible, based on the parties' letters and the arguments presented during the conference. The Court anticipates doing so on October 16, 2025.

Dated: New York, New York
      October 14, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**