UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSSMAN SALES COMPANY, INC.,

Plaintiff,

-against-

VWR INTERNATIONAL, LLC,

Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/03/25__

20-CV-2869 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at the status conference held on December 2, 2025, defendant's unopposed request for an extension of certain discovery deadlines (Dkt. 125) is GRANTED, and certain other deadlines are established, as follows:

1. Requests for Production: Plaintiff must respond to defendant's second set of requests for production of documents no later than **December 5, 2025**.

2. Non-Party Depositions: Defendant must provide plaintiff with contact information for former employees Stacy Broad and Ahmad Mustafa no later than **December 5, 2025**, including each witness's last known home address and email address.

3. Current Fact Discovery Disputes: The parties have identified a number of discovery disputes arising out of the written fact discovery conducted to date. As to those disputes, the parties are directed to meet and confer promptly and in good faith in an effort to resolve (or narrow) their differences without judicial involvement. Any issues that cannot be so resolved must be submitted to the Court, in accordance with Local Civil Rule 37.2 and Judge Moses's individual practices, no later than **January 26, 2026**.

4. Completion of Written Fact Discovery: The parties must substantially complete all written fact discovery (excluding requests for admission and contention interrogatories) no later than **April 8, 2026**.

5. Requests for Admission and Contention Interrogatories: The parties must serve all requests for admission and contention interrogatories no later than **May 11, 2026**.

6. Expert Discovery Schedule: The parties must meet and confer regarding expert disclosures no later than **May 11, 2026**. Thereafter, no later than **May 18, 2026**, they must submit a joint status letter to the Court proposing an expert disclosure and discovery schedule. If the parties cannot agree, they may succinctly set out their alternative proposals.

7. <u>Fact Discovery</u>: All remaining fact discovery, including fact depositions, must be completed no later than **June 8, 2026**.

8. <u>Expert Discovery</u>: All expert discovery must be completed no later than **July 23, 2026**.

9. <u>Summary Judgment</u>: Summary judgment motions, if any (or, if required by the district judge, pre-motion conference letters with respect to summary judgment) must be filed no later than **30 days after the close of discovery**. Summary judgment motion papers must conform to the individual practices of the district judge.

Dated: New York, New York
      December 3, 2025

SO ORDERED.

**BARBARA MOSES**
**United States Magistrate Judge**

2