# VENABLE LLP

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

> Application GRANTED to the extent that once VWR's counsel has accepted service of the Broad and Mustafa subpoenas, VWR need not also provide contact information for them. SO ORDERED.
>
> December 5, 2025    *[signature]*
>
> **Barabara Moses**
> **U.S.M.J.**

December 4, 2025

t 212.370.6240
KMNawaday@Venable.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/05/25

**By ECF**
Hon. Barbara C. Moses
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:    *Sussman Sales Co., Inc. v. VWR International, LLC*, 20-cv-2869 (LTS) (BCM)

Dear Judge Moses,

VWR International, LLC ("VWR") respectfully requests that the Court vacate its December 2, 2025 directive issued at the Status Conference to VWR to provide last known contact information for Stacy Broad and Ahmed Mustafa, two former VWR employees, to Sussman Sales Company, Inc. ("Sussman" or "Plaintiff") by December 5. As set forth below, the directive is no longer necessary.

On Sunday, November 23, 2025, Plaintiff noticed the depositions of Ms. Broad and Mr. Mustafa. Later that week, we informed Plaintiff that neither still worked at VWR and that we did not currently represent Ms. Broad or Mr. Mustafa. Subsequent to the December 2 conference, we have been able to confirm with each of these former employees that they will engage us to represent them in this matter and that we are authorized to accept service of a subpoena.

We informed Plaintiff's counsel of this and asked whether he would object to our request to vacate. He responded that this "solution was fine," and asked whether he could rely on his previously served notice of deposition rather than a subpoena for these witnesses. We responded that he would still need to issue subpoenas for these witnesses, but that we would accept service by email to us. We have asked if Plaintiff's counsel still has no objection, but he has not responded as of the filing of this letter.

Given that the purpose of providing Plaintiff with last known contact information for these individuals was so that Plaintiff could serve subpoenas on them, we submit that the issue is mooted by our ability to accept service on behalf of Ms. Broad and Mr. Mustafa. Accordingly, we respectfully request that the Court vacate its directive to VWR to provide last known contact information for these individuals.

Respectfully submitted,

*/s/ Kan M. Nawaday*
Kan M. Nawaday

*Attorney for Defendant VWR*

Cc: Max Folkenflik (via ECF)

**MEMO ENDORSED**