
**VENABLE** LLP

151 WEST 42ND STREET  49TH FLOOR  NEW YORK, NY 10036
**T** 212.307.5500  **F** 212.307.5598  www.Venable.com

April 17, 2026

Emily Seiderman West

**t** 212.503.9816
**f** 212.307.5598
EAWest@Venable.com

# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  04/20/26

**By ECF**
Hon. Barbara C. Moses
United States Magistrate Judge, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:    *Sussman Sales Co., Inc. v. VWR International, LLC, 20-cv-2869 (LTS) (BCM)*
       Letter-Motion to Adjourn Discovery Conference

Dear Judge Moses,

On behalf of Defendant VWR International, LLC ("VWR") and Plaintiff Sussman Sales Co. Inc. ("Sussman"), we respectfully request an adjournment of the discovery conference currently scheduled for Wednesday, April 22, 2026. *See* Dkt. 150. The undersigned counsel for VWR is also counsel for Plaintiff in a litigation pending in Delaware Chancery Court and will be required to file a brief addressing whether to renew, modify, or lift a temporary restraining order ("TRO") on April 22, 2026 by 5:00pm in that matter. The brief will be in response to papers filed by defense counsel in the Delaware matter only two days earlier (April 20, 2026). Due to the urgent nature of the relief sought on the TRO application, which will be heard the same week, VWR's counsel will be unable to move the briefing schedule.

There have been no prior requests to adjourn the April 22 conference. Sussman's counsel agreed to join in this request to adjourn, and counsel for both parties are available for a conference on April 28, April 30, and May 1. Counsel are also available the afternoon of April 29.

Respectfully submitted,

VENABLE LLP

Application GRANTED. The discovery conference previously scheduled for April 22, 2026 (*see* Dkt. 150) is ADJOURNED to **April 30, 2026 at 12:00 p.m.**

SO ORDERED.

April 20, 2026

**Barbara Moses**
**United States Magistrate Judge**

By: */s/ Emily Seiderman West*
    Emily Seiderman West
    Tel: (212) 503-9816

*Attorney for Defendant*