USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/6/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSSMAN SALES COMPANY, INC.,

Plaintiff,

-against-

VWR INTERNATIONAL, LLC,

Defendant.

20-CV-2869 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On June 5, 2026, defendant VWR International, LLC (VWR) submitted a discovery letter-motion seeking an order compelling plaintiff Sussman Sales Company, Inc. (Sussman) to comply with this Court's prior discovery orders, and for sanctions. (Dkt. 176.) That motion is fully briefed. (*See* Dkts. 177, 179.) On June 30, 2026, Sussman submitted a discovery letter-motion seeking an order compelling VWR to produce certain documents withheld on privilege grounds, and for sanctions. (Dkt. 180.) Pursuant to Moses Ind. Prac. § 2(e), that motion will be fully briefed by July 8, 2026. On **July 15, 2026**, at **11:30 a.m.**, the Court will conduct an in-person discovery conference regarding both motions**.**

Dated: New York, New York
July 6, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**