USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/11/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSSMAN SALES COMPANY, INC.,

Plaintiff,

-against-

VWR INTERNATIONAL, LLC,

Defendant.

20-CV-2869 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of the motion of plaintiff's attorney Max Folkenflik to withdraw as counsel. (Dkt. 215.) No later than **September 16, 2026**, attorney Folkenflik must serve copies of his motion papers and this Order upon plaintiff, both by mail and by whatever electronic method (*e.g.*, email) he believes to be most reliable, and file proof of such service on the docket.

Any opposition to the withdrawal motion, whether by defendant or by plaintiff Sussman, must be filed **within one week of the date of service**. If plaintiff wishes to submit any confidential materials as part of its opposition, it may send his papers directly to chambers by mail or courier, addressed to "Chambers of Magistrate Judge Barbara Moses, United States District Court, 500 Pearl Street, New York, NY 10007," marked, "Confidential Material."

Dated: New York, New York
September 11, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**