USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/23/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSSMAN SALES COMPANY, INC.,

Plaintiff,

-against-

VWR INTERNATIONAL, LLC,

Defendant.

20-CV-2869 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 11, 2026, attorney Max Folkenflik moved for leave to withdraw as counsel of record for plaintiff Sussman Sales Company, Inc. (Sussman). *See* Dkt. 215. The same day, this Court ordered that "[a]ny opposition to the withdrawal motion, whether by defendant or by plaintiff Sussman," be filed "within one week of the date of [attorney Folkenflik's] service" of the motion to withdraw and the Court's order on Sussman. 9/11/26 Order (Dkt. 216) at 1. On September 14, 2026, attorney Folkenflik filed proof of service of the motion to withdraw and the 9/11/26 Order on Sussman. *See* Dkt. 217.

On September 16, 2026, defendant VWR International, LLC (VWR) filed a letter stating that it "does not object" to the request to withdraw. Dkt. 219 at 1. On September 16, 2026, Ron Sussman, owner of plaintiff Sussman, filed a letter asserting, among other things, that he "never consented to [attorney Folkenflik's] withdrawal" and that he "would like an opportunity to clear the record[.]" Dkt. 220.[1]

The Court will hold a conference on the motion to withdraw on **October 8, 2026 at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, New York. This is an in-person proceeding. Counsel for VWR may, but need not, attend the conference. If they do attend, they are advised that the Court will likely hear from Mr. Sussman *in camera*.

Sussman and its counsel are advised that nothing in this order, or in any prior order of this Court, has stayed the attorneys' fee award, *see* Dkt. 209 at 14, which was due September 21, 2026. *See* Dkt. 218 at 11.

Dated: New York, NY
September 23, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**

[1] An additional letter from plaintiff Sussman with substantially the same content, also dated September 16, 2026, was filed separately at Dkt. 222.