UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUPOENA ISSUED TO JUSTIN M. MILLER | 26-MC-477 (LTS) (BCM) |
| *As related to:*<br>20-CV-2869 (LTS) (BCM)<br>SUSSMAN SALES COMPANY, INC.,<br>Plaintiff,<br>-against-<br>VWR INTERNATIONAL, LLC,<br>Defendant | **ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/20/26

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced miscellaneous action has been accepted by Chief District Judge Laura Taylor Swain as related to *Sussman Sales Company, Inc, v. VWR International, Inc*., No. 20-CV-2869 (LTS) (BCM) (the Underlying Action), and has been referred to the undersigned Magistrate Judge for general pretrial management pursuant to 28 U.S.C. § 636(b)(1)(A). *See* Dkt. 13. In this action, VWR International, Inc. (VWR), the defendant in the Underlying Action, and Justin M. Miller, a former General Counsel of VWR, seek to quash a deposition subpoena served upon Miller by Sussman Sales Company, Inc. (Sussman), the plaintiff in the Underlying Action.

Sussman is currently without counsel in the Underlying Action. On October 8, 2026, this Court granted the motion of Max Folkenflik, Esq., to withdraw as counsel for Sussman, and stayed the Underlying Action for 60 days, that is, through December 7, 2026, to give Sussman an opportunity to obtain new counsel. *See* Dkt. 227 in the Underlying Action. Since Sussman cannot oppose the motion of VWR and Miller except through counsel, this action is likewise STAYED through December 7, 2026. No later than **December 8, 2026**, new counsel must appear on the record for Sussman. No later than **seven days after the appearance of Sussman's counsel**, the movants and Sussman must submit a joint letter proposing an efficient schedule for the resolution of the motion to quash.

Dated: New York, New York
October 20, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**